**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00621-CV**

———————————

**IN RE HEB, LP D/B/A JOE V'S SMART SHOP, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, HEB, LP, doing business as Joe V's Smart Shop, filed a petition for writ of mandamus challenging the trial court's May 21, 2025 order denying relator's motion to compel discovery requesting medical records of real party in interest, Petra

Mendoza.[1]  Relator's petition requested that the Court grant its petition for writ of mandamus and "order the trial court to compel the discovery sought in the motion."

We conclude that relator has failed to establish it is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.7(a)(2).  The Court therefore denies relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1]     The underlying case is *Petra Mendoza v. HEB, LP d/b/a Joe V's Smart Shop*, Cause No. 2023-01462, in the 133rd District Court of Harris County, Texas, the Honorable Nicole Perdue presiding.